# The Law Office of M Sean Cydrus

www.ohiodebtsolutions.com

614-934-1644 fax                                                                                   Piecing together your financial future

Melinda F Collins
4569 Grenville Drive
Columbus, Ohio 43231

Regarding: Melinda F Collins

### Services Rendered

| Date | Staff | Description | Hours |
|---|---|---|---|
| 10/28/2013 | Attorney | Review of case in preparation for telephone conference re: Motion To Avoid Lien. Gathered all documents for Motion | 0.50 |
| 10/29/2013 | Attorney | Prepared and Filed Motion/ Served Parties | 0.50 |
| 12/17/2013 | Attorney | Prepared and Uploaded Order on Motion/ Updated Client | 0.35 |
| 12/19/2013 | Attorney | Received order approving Motion. Discussed with Client. | 0.25 |

Total New Charges

*Staff Summary*

| Position | Hours | Rate | Total New Charges |
|---|---|---|---|
| Attorney | 1.60 | $275.00 | $440.00 |