# The Law Office of M Sean Cydrus

www.ohiodebtsolutions.com

---

614-934-1644 fax                                                                 Piecing together your financial future

Melinda F Collins
4569 Grenville Drive
Columbus, Ohio 43231

Regarding: Melinda F Collins

### Services Rendered

| Date | Staff | Description | Hours |
|---|---|---|---|
| 12/04/2015 | Attorney | Phone conference with Client. Answered questions, explained process for domestic proceedings. Prepared and Served Motion for Relief from Stay | 0.75 |
| 01/4/2016 | Attorney | Prepared and uploaded order | 0.25 |
| 01/05/2016 | Attorney | Order approved. Phone conference with client re: next steps | 0.35 |
| 01/28/2016 | Attorney | Application for fees | 0.50 |

Total New Charges

*Staff Summary*

| Position | Hours | Rate | Total New Charges |
|---|---|---|---|
| Attorney | 1.85 | $275.00 | $508.75 |
| Costs/Copies/Postage |  | $42.10 | $42.10 |
|  |  |  | $550.85 |